Larry V. Jones E17215
Name and Prisoner/Booking Number

C.S.P. Sacramento
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, Ca. 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

MAR 15 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Larry Vernon Jones
(Full Name of Plaintiff)        Plaintiff,

v.

(1) J. Lebeck
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17-CV-0556 AC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2. Institution/city where violation occurred: C.S.P. Sacramento State Prison.

## B. DEFENDANTS

1. Name of first Defendant: __J. LEbECK__. The first Defendant is employed as: __CorrECTioNaL OFFiCE__ at __C.S.P. SaCRamENTO__.
   (Position and Title)     (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)     (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)     (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)     (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: first, fourth, Eighth Amendment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On September 27, 2016 officer J. Lebeck violated my first, fourth, Eighth amendment. Rights by attempting to provoke an altercation between an employee and an inmate. C/O Lebeck went into my sock and forcfully Removed my eye patch Handed it to me and stated Do you Have a Problem Jones. I walked away To The Table in an attempt To avoid a Situation C/O Lebeck Then appoached The Table in an attemp To proved me again by stating in aggress manner Do you Have a Problem Do you C/O Lebeck Then aggressively grabed my Educational Books off The Table and started To Walk Toward Te my Cell instructing me to Return Back To my asig-Ned Houseing While in my cell standing at The cell Entrance c/o Lebeck Then Threw my Education Books at me aggressively Landing on my feet and Then Turned and walk away Responir ility of Employees 3271. Every Employee Regardless of His or Her assignment is Responsible for The Safe Custady of The inmate.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Now I am Taking Naproxen for The Pain in my feet from c/o Lebeck violating rights

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    N/A

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Punitive damages, Emotional damages attorneys fees court cost injuntive relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-28-2017
DATE

Larry V Jones
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)   Side 1

DEPARTMENT OF CORRECTIONS AND REHABILITATION



IAB USE ONLY — 1605387 — E17215

Institution/Parole Region: SAC-B-16  Log #: 03765  Category: 7

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Jones V. Larry  
CDC Number: E17215  
Unit/Cell Number: B2-116  
Assignment: School

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 9/27/2016 in the B2 Dayroom at Education Release C/O LeBeck Vocated my 8th Amendment Right by attempting to

B. Action requested (If you need more space, use Section B of the CDCR 602-A): 100,000 in punitive and enjunctive damages.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: Larry V. Jones    Date Submitted: 10-11-2016

☐ By placing my initials in this box, I waive my right to receive an interview.

STAFF USE — RECEIVED OSP-SAC APPEALS 16 OCT 12 AM 8:28 — REC BY OOA DEC - 1 2016

**C. First Level - Staff Use Only**            Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date:____ Date:____ Date:____ Date:____
☐ Cancelled (See attached letter) Date:____
☐ Accepted at the First Level of Review.

**BYPASS**

Assigned to:____ Title:____ Date Assigned:____ Date Due:____
First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview:____ Interview Location:____
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other:____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer:____ (Print Name)  Title:____ Signature:____ Date completed:____
Reviewer:____ (Print Name)  Title:____ Signature:____
Date received by AC:____

* Sent to Hiring Authority for Review  10/12/16

AC Use Only Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA  
INMATE/PAROLEE APPEAL  
CDCR 602 (REV. 03/12)   Case 2:17-cv-00556-AC   Document 1   Filed 03/15/17   Page 8 of 16   Side 2

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

BYPASS

Inmate/Parolee Signature: _____ Date Submitted: _____

**E. Second Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☒ Yes   ☐ No

This appeal has been:
- ☐ By-passed at Second Level of Review. Go to Section G.
- ☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
- ☐ Cancelled (See attached letter)
- ☒ Accepted at the Second Level of Review

Assigned to: C. MARTINEZ   Title: LT   Date Assigned: 10·17·16   Date Due: 11-28-16

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 10/19/16   Interview Location: B FACILITY YARD

Your appeal issue is: ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: C. MARTINEZ (Print Name)   Title: LT   Signature: _____   Date completed: 10/26/16

Reviewer: D. Baughman (Print Name)   Title: Warden(A)   Signature: _____

Date received by AC: 11/21/16

AC Use Only   Date mailed/delivered to appellant: 11·21·16

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

ON 9-27-2016 IN THE B2 DAY ROOM AT EDUCATION RELEASE C/O Lebeck Violated my 8th Amendment RIGHT By attempting To Provoke me in an inmate employee. Altercation. While Being searched By C/O Lebeck. C/O Lebeck went in my sock and forcefully Removed my eye patch Handed it to me and stated

Inmate/Parolee Signature: Larry V Jones   Date Submitted: 11-28-2016

**G. Third Level - Staff Use Only**

This appeal has been:
- ☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
- ☐ Cancelled (See attached letter) Date: _____
- ☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted   ☐ Granted in Part   ☒ Denied   ☐ Other: _____
  See attached Third Level response.

Third Level Use Only   Date mailed/delivered to appellant: JAN 11 2017

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA  
INMATE/PAROLEE APPEAL FORM ATTACHMENT  
CDCR 602-A (REV. 03/12)  
DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Side 1

IAB USE ONLY: 1605387  
Institution/Parole Region: SAC   Log #: B-16-03765-7

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.  
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Jones V Larry  
CDC Number: E17215  
Unit/Cell Number: B2-116  
Assignment: School

**A. Continuation of CDCR 602, Section A only (Explain your issue):** PROVOKE ME IN AN INMATE EMPLOYEE ALTERCATION. WHILE BEING SEARCHED BY C/O LEBECK C/O LEBECK WENT INTO MY SOCK AND FORCEFULLY REMOVED MY EYE PATCH HANDED IT TO ME AND STATED "DO YOU HAVE a PROBLEM JONES?" I WALKED AWAY TO THE TABLE IN AN ATTEMPT TO AVOID A SITUATION, C/O LEBECK THEN APPROACHED THE TABLE IN AN ATTEMPT TO PROVOKE ME Again BY STATING IN AGGRESSIVE MANNER DO YOU HAVE a PROBLEM, DO y'll?" C/O LEBECK THEN AGGRESSIVELY GRABED MY EDUCATIONAL BOOKS OFF THE TABLE AND STARTED TO WALK TOWARDS MY CELL INSTRUCTING ME TO RETURN BACK TO MY ASIGNED HOUSEING. WHILE IN MY CELL STANDING AT THE CELL ENTRANCE C/O LEBECK THEN THREW MY EDUCATION BOOKS AT ME AGGRESSIVELY LANDING ON MY FEET AND THEN TURNED AND WALKED AWAY. RESPONSIBILITY OF EMPLOYEES. 3271. EVERY EMPLOYEE, REGARDLESS OF HIS OR HER ASSIGNMENT, IS RESPONSIBLE FOR THE SAFE CUSTODY OF THE INMATES CONFINED IN THE INSTITUTIONS OF THE DEPARTMENT." PREVENTION OF D°

STAFF

Inmate/Parolee Signature: Larry V Jones  Date Submitted: 10-11-2016

2016 OCT 12 AM 9:20 CSP-SAC APPEALS RECEIVED  
REC BY OOA DEC - 1 2016

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____  Date Submitted: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Case 2:17-cv-00556-AC   Document 1   Filed 03/15/17   Page 10 of 16

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

BYPASS

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** Do you have a Problem Jones I walked away to the table in an attempt to avoid a situation c/o Lebeck then approached the table in an attemp to provoke me again by stating in aggressive manner Do you have a Problem "Do y'i'1'3." c/o Lebeck then aggressively grabed my educational book off the table and started to walk towards my cell instructing me to return back to my asigned housing while in my cell standing at the cell entrance c/o Lebeck then threw my education books at me aggressively landing on my feet and then turned and walked away Responsility of employee 3271. Every employee regardless of his or her assignment is resonsible for the safe custody of the inmates confined in the institutions of the Department. Prevention of D.

**Inmate/Parolee Signature:** Larry V Jones    **Date Submitted:** 11-28-2016

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## THIRD LEVEL APPEAL DECISION

Date: **JAN - 6 2017**

In re: Larry Jones, E17215
California State Prison, Sacramento
P.O. Box 29
Represa, CA 95671

TLR Case No.: 1605387          Local Log No.: SAC-16-03765

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner H. Liu, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that California State Prison - Sacramento (SAC) staff was in violation of his constitutional rights. The appellant alleges on September 27, 2016, Officer J. Lebeck violated his Eighth Amendment rights by attempting to provoke an altercation between an employee and an inmate. The appellant alleges while Officer Lebeck conducted a search of the appellant's person, Officer Lebeck went into the appellant's sock; forcibly removed the appellant's eye patch; handed the eye patch to him and stated, "Do you have a problem Jones?" The appellant claims he walked away from the table in an attempt to avoid a situation; however, Officer Lebeck approached the table in an attempt to provoke him again and in an aggressive manner stated, "Do you have a problem, do you?" The appellant alleges Officer Lebeck aggressively took possession of his educational books from the table; began walking towards the appellant's assigned cell; and instructed him to return to his assigned cell. The appellant asserts while he stood at his cell entrance, Officer Leback aggressively threw his educational books at him; they landed on his feet; however, Officer Lebeck departed from his cell. The appellant asserts pursuant to the CCR 3271, every employee, regardless of his or her assignment is responsible for the safe custody of the inmates confined in the institutions of the department.

The appellant requests monetary compensation in the amount of $100,000.00.

**II   SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) identified and addressed the appellant's allegations of staff misconduct. The reviewer documented that an appropriate supervisory staff member was assigned to conduct an inquiry into this matter. The inquiry included a review of the evidence and an evaluation of any interview conducted. In order to determine the facts, the inquiry also included a review of pertinent documents, current policies, laws, and procedures. The SLR noted that all staff personnel matters are confidential in nature, and that the appellant would only be notified whether the actions of staff were or were not in compliance with policy. The SLR found that the staff did not violate policy as alleged. The SLR partially granted the appeal in that an inquiry was conducted.

**III   THIRD LEVEL DECISION:** Appeal is denied.

   **A. FINDINGS:** Upon review of the documentation submitted, the Third Level of Review (TLR) finds that the appellant's allegations were appropriately reviewed and evaluated by administrative staff. The TLR notes that all staff personnel matters are confidential in nature and will not be disclosed to other staff, the inmate population, the general public, or the appellant. The appellant was informed that if the conduct of staff was determined to not be in compliance with policy, the institution would take the appropriate course of action. In this case, the SLR informed the appellant that an inquiry was completed and disclosed the determination of the inquiry to the appellant. The TLR reviewed the confidential inquiry and concurs with the determination of the SLR. The TLR notes that, while the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation are beyond the scope of the appeals process. The TLR finds the institution's response complies with departmental policy, and the appellant's staff complaint allegations were properly addressed. Therefore, no further relief shall be afforded at the TLR.

LARRY JONES, E17215
CASE NO. 1605387
PAGE 2

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3001, 3004, 3005, 3084.1, 3270, 3380, 3391

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

H. LIU, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:  Warden, SAC
     Appeals Coordinator, SAC

Template Date 4/4/2012
State of California

Attachment E-2
Department of Corrections and Rehabilitation

# Memorandum

Date : October 19, 2016

To : JONES, # E-17215
FB2-116, CSP-SAC

Subject: **STAFF COMPLAINT RESPONSE-APPEAL # SAC-B-16-03765 SECOND LEVEL RESPONSE**

**APPEAL ISSUE:** The appellant alleges on September 27, 2016, Officer J. Lebeck violated his Eighth Amendment Right by attempting to provoke an employee and inmate altercation. The appellant contends Officer Lebeck yelled at him several times to further attempt to incite violence. Lastly, the appellant alleges, Officer Lebeck followed the appellant back to his assigned housing and threw the appellant's educational books into his assigned cell, and they landed on his feet.

**DETERMINATION OF ISSUE:** The appellant's allegation of staff misconduct has been reviewed by the Hiring Authority. As a result of that review the appeal was referred for an appeal inquiry.

**SUMMARY FOR APPEAL INQUIRY:**
The appellant was interviewed on October 19, 2016, by Lieutenant C. Martincek. The appellant reiterated issues within his appeal stating Officer Lebeck violated his eighth Amendment Right and attempted to promote violence against him. The appellant is seeking monetary relief in the sum of $100,000 for punitive and injunctive damages as a result of this allegation.

A review of the Test of Adult Basic Education (TABE) list reveals you have a Reading Grade Point Level above 4.0, therefore, you do not require special accommodation to achieve effective communication.

Effective communication was achieved by speaking slowly; using simple words and terms, and the appellant displayed understanding of the issues related to this appeal by discussing the merits of his appeal, using his own words to relate those issues that were submitted on the California Department of Corrections (CDCR) Form 602, Inmate Appeals Form.

**An Appeal Inquiry has been conducted and reviewed by the Hiring Authority.** The following individual was interviewed: Officer J. Lebeck. As a result of your staff misconduct allegation the following information was reviewed: The appellant's

Page 2

Central File, ERMS, as well as pertinent CCR Title 15 and DOM sections. Staff did not violate CDCR policy with respect to the issues raised

**FINDINGS:**

The appellant's appeal is **Partially Granted** in that an Appeal Inquiry into his allegation has been conducted.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender appellants. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Level of Review. Once a decision has been rendered at the Third Level, your administrative remedies will be considered exhausted.

Name __C. Martinchek__ Signature _____ __11/16/16__
         Interviewer                                                    Date

Name __D Baughman__ Signature _____ __11/18/16__
       Hiring Authority                                                 Date

Appeal Log Number: SAC-B-16-03765

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

The California Department of Corrections and Rehabilitation has added department language (shown inside brackets, in non boldface type) for clarification purposes.

Pursuant to Penal Code 148.6 anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement.

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAIN A POLICE OFFICER** [this includes a department peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmates'/parolees'] **COMPLAINTS AND ANY REPORTS OR FINDING RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANTS PRINTED NAME | COMPLAINANTS SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Larry V. Jones | Larry V. Jones | 10-11-2016 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDCD NUMBER | DATE SIGNED |
| Larry V. Jones | Larry V. Jones | E17215 | 10-11-2016 |
| RECEIVING STAFF'S NAME PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |
|  |  |  |  |

DISTRIBUTION
ORIGINAL
Public – Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee – Institution Head/Parolee Administrator
Copy – Complainant

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _Larry V. Jones_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_California State Prison-Sacramento. P.O. Box 290066_
_Represa, Ca 95671_

On, _____, I served the following documents:

_Civil Rights Violations_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows: _Sacramento Division_

1. _Clerk of the U.S. District of California 501 I Street, Room 4-200 Sacramento, Calif 95814_

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _2_ day of _3_, _2017_, at California State Prison - Sacramento, Represa, California.

(Signature) _Larry V Jones_